DUMMLER and others, Trustees, Appellants, vs. LAND and others, Respondents.

For the appellants: *Lorin L. Kay* of Milwaukee.
For the respondents: *Sell & Mathiowetz* of Milwaukee.

*By the Court.*—Order affirmed.

WILL OF GARFIELD: STEINKE, Executor, Appellant, vs. MALTBEY, Respondent.

For the appellant: *Winter & Volz* of Shawano.
For the respondent: *Jack J. Schumacher* of Shawano.

*By the Court.*—Judgment affirmed.

MANTIN BROTHERS, INC., Appellant, vs. VAN HEUKLON and another, Respondents.

For the appellant: *Eberlein & Eberlein* of Shawano.
For the respondents: *Edward J. Byrne,* attorney, and *Robert L. Spanagel* of counsel, both of Appleton.

*By the Court.*—Judgment affirmed.